UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YITZHAK BEN-YISHAI,
et al.,

    *Plaintiffs,*

v.

THE SYRIAN ARAB REPUBLIC,
et al.,

    *Defendants.*

Case No. 1:18-cv-3150-RCL

## ORDER

The Clerk of the Court entered default against the Syrian Arab Republic ("Syria") on December 3, 2020, and against the Islamic Republic of Iran ("Iran") and the Iranian Ministry of Information and Security ("MOIS") on February 21, 2021. In the interest of expediency, the Court hereby **ORDERS** plaintiffs to submit a status report by **December 22, 2021** detailing their efforts to seek default judgment against defendants.

It is **SO ORDERED**.

SIGNED this 10th day of December, 2021.

                                                            Royce C. Lamberth
                                                            United States District Judge