IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------X

BEN-YISHAI, *et al.*,

                    Plaintiffs,                    Docket No:

               -against-                       18-cv-3150 (RCL)

THE SYRIAN ARAB REPUBLIC, *et al*,

                    Defendants.

---------------------------------------------------------------------X

## STATUS REPORT

    In keeping with the Court's minute order of December 10, 2021, Plaintiffs respectfully submit this status report to update the Court on the status of this matter.

    Plaintiffs are in the final stages of drafting a motion for a default judgment against the defendants. However, the motion has taken longer than expected for several reasons. The motion includes a liability expert declaration, six party declarations, seven medical reports and a report by an economist. Additionally, Plaintiffs had to obtain transcripts in support of the motion from another case from the court reporter. Further, the death of Plaintiffs' decedent Shoshana has left her family to this day in shambles, which has made obtaining the family's cooperation for evaluations and interviews a slow process. Plaintiffs anticipate being able to file the default judgment motion in the next 60 days. Should the motion be completed before then, Plaintiffs will file it with the Court when it is ready.

    Plaintiffs thank the Court for its efforts in this matter and wish the Court and its staff health and safety in this difficult time and best wishes in the holiday season.

Dated:   Brooklyn, New York
        December 15, 2021

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for Plaintiffs*

By: _____
      Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627