IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------X

BEN-YISHAI, *et al.*,

      Plaintiffs,      Docket No:

   -against-         18-cv-3150 (RCL)

THE SYRIAN ARAB REPUBLIC, *et al*,

      Defendants.

---------------------------------------------------------------------X

## STATUS REPORT

  On December 15, 2021, Plaintiffs filed a status report with the Court, responding to the Court's minute over of December 10, 2021. (Dkt. 26). In that status report, Plaintiffs informed the Court that they expected to submit their motion for a default judgment within 60 days. Plaintiffs now respectfully submit this status report to give the Court a further update.

  The papers, which include a liability expert declaration, six party declarations, seven medical reports, a report by an economist, a memorandum of law, and proposed findings of fact and conclusions of law, are nearly finalized. Plaintiffs will be submitting the supporting papers papers on a rolling basis in the coming days, and will submit the motion itself, last, as it will be edited to make reference to the docket numbers of the supporting documents for the avoidance of any confusion.

  Plaintiffs anticipate that the entire motion will be filed within the next two weeks.

  Plaintiffs thank the Court for its efforts in this matter.

Dated: Brooklyn, New York
    February 11, 2022

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for Plaintiffs*

By: _____
     Robert J. Tolchin
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627