# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- X

BEN-YISHAI, *et al.*,

               Plaintiffs,             Case No:

              -against-             18-cv-3150 (RCL)

THE SYRIAN ARAB REPUBLIC, *et al*,

               Defendants.

------------------------------------------------------------------- X

## EXPERT DECLARATION OF MICHAEL SOUDRY, M.B.A.

**MICHAEL SOUDRY, M.B.A.**, pursuant to 28 U.S.C. § 1746, subject to the penalties for perjury of the United States of America, declares as follows

    1.    I am a forensic economist. My full *curriculum vitae* is attached hereto as Exhibit A. It contains an accurate recitation of my training, experience, and credentials.

    2.    I have been retained by Plaintiffs in above-captioned matter to provide an economic expert opinion regarding this matter.

    3.    I have no personal or professional relationship with any party in this case that would prevent me from providing impartial testimony in this matter. I am being compensated $3,400 for my evaluation and preparing my report and this declaration.

    4.    I have prepared a report regarding Shoshana Ben-Yishai's work life expected earnings had she not died in November 2001, which is attached hereto as Exhibit B. The report is true to my own knowledge and belief and contains my expert opinion regarding Shoshana Ben-Yishai's expected work life earnings had she not died in November 2001.

5.      Both my CV and my report are incorporated herein and should be regarded as part of this declaration.

6.      I declare under the penalties for perjury of the United States of America that the foregoing statements, and the statements contained in my CV and my report are true and correct.

Dated:   February 10, 2022

_Michael Soudry_
Michael Soudry, M.B.A.