

| | New Jersey | New York |
|---|---|---|
| | 100 Eagle Rock Avenue<br>Suite 200<br>East Hanover, NJ 07936<br>p 973-929-3532<br>f 973-929-3533 | One Liberty Plaza<br>165 Broadway, 21st Floor<br>New York, NY 10006<br>p 212-842-7695<br>f 212-842-7001<br><br>www.ecostat.com<br>Msoudry@friedmanllp.com |

## Michael Soudry, M.B.A.
*Forensic Economist*

**EDUCATION**:

| | | |
|---|---|---|
| 1991-1993 | MASTER OF BUSINESS ADMINISTRATION with major in Finance | |
| | Hebrew University of Jerusalem | |
| 1987-1990 | B.A. in Economics | |
| | Hebrew University of Jerusalem | |

**EXPERIENCE**:

1995 - Present   ECO-STAT LLC
*Forensic Economist*
- Advise attorneys and insurance companies on the extent of economic loss in matters relating to: personal injury, wrongful death, life care plan costs, wrongful termination, business interruptions and statistical analysis.
- Prepare economic loss reports for matters to be tried in New York Supreme, New Jersey Superior, and Federal District Courts.
- Critically analyze reports prepared by other economists, and the economic content of reports prepared by vocational experts, certified public accountants, and actuaries.
- Provide expert witness testimony.
- Prepared more than 150 economic loss reports for the September 11 Victim Compensation Fund and appeared in over 50 hearings.

1993-1995   ISRAELI ECONOMIC MISSION, New York, NY
*Economist, Assistant Fiscal Officer, Ministry of Finance*
- Collected and analyzed data on the Israeli and U.S. economies and financial markets. Provided specialized economic information on Israel to investment banking firms, researchers, and the general public.
- Created a financial model to determine the best structure for a bond issue.
- Compared bids by investment banks for bond issues.
- Assisted Fiscal Director with the financial aspects of projects including budgeting and accounting, approved bills for payment and the evaluation for a consulate relocation site.

1991-1993   ISRAELI PRIME MINISTER'S OFFICE, Jerusalem, Israel
*Economist/Researcher,* Bureau of Statistics
- Analyzed monthly and annual data on sales, balance sheets, inventory, employment, productivity, and R&D expenditures from 2,000 companies.
- Computerized data collection system to increase survey efficiency.
- Prepared detailed survey questionnaires annually to collect data on Israeli industry.

**PROFESSIONAL ASSOCIATIONS AND ACTIVITIES**:

February 24, 2017 - Discussant at the 43rd Annual Eastern Economic Association Conference, New York City

February 9, 2016 – Inns of Court, Bergen Court Superior Court, mock trial economic expert testimony

February 28, 2015, Discussant at the 41st Annual Eastern Economic Association Conference, New York City

April 19, 2013, Speaker at the New Jersey Association for Justice, Boardwalk Seminar 2013, Panel Discussion – Economic Damages

November 21, 2011, Speaker at the New Jersey Institute for Continuing Legal Education Seminar, Iselin New Jersey: Economist view in Wrongful Death and Survivorship Actions

February 25, 2011, Discussant at the 37th Annual Eastern Economic Association Conference, New York City

February 27, 2010, Discussant at the 36th Annual Eastern Economic Association Conference, Philadelphia

March 8, 2008, Discussant at the 34th Annual Eastern Economic Association Conference, Boston

March 4, 2005, Discussant at the 31st Annual Eastern Economic Association Conference, New York City

April 10, 2003, Presenter at the Federal Victim Compensation Fund Training for the Association of the Bar of the City of New York

September 10, 2002, was quoted in the Bloomberg News article, "Orphaned Boys Challenge Sept. 11 Fund Over $2.3 Million Loss"

April 2000, Presenter of "Comparisons of Wage and Non-Wage Recoverable Losses" to attorneys

March 1997, Presenter of "Evaluation of Job Maintenance Expenses as Distinct from Personal Consumption" for the Annual Convention of the American Academy of Economic and Financial Experts

Member of:  The Eastern Economic Association; The American Academy of Economic and Financial Experts; and National Association of Forensic Economics

**PUBLICATION**
"Breach of Contract – Lost Profit Damages", Friedman LLP Forensic Matter & NJSCPA web site
 "The Role of a Forensic Economist in Litigation Matters" Friedman LLP Forensic Matter, Fall 2005
"Assisting Victims of 9/11", Friedman LLP Forensic Matters, Summer 2004

Eco-Stat LLC is an affiliated company of Friedman LLP, Accountants and Advisors



**New Jersey**
100 Eagle Rock Avenue
Suite 200
East Hanover, NJ 07936
p 973-929-3532
f 973-929-3533

**New York**
One Liberty Plaza
165 Broadway, 21st Floor
New York, NY 10006
p 212-842-7695
f 212-842-7001

www.ecostat.com
ecostat@friedmanllp.com

## Michael Soudry's Trial History 2015 – 2019

| Court | Case Name |
|---|---|
| **2019** | |
| Superior Court (Bergen County, NJ) – Judge Christina A. Farrington | Ronnie Soto |
| Superior Court (Morris County, NJ) – Judge Peter A. Bogaard | Douglas Fernandez |
| Superior Court (Hudson County, NJ) – Joseph V. Isabella | Nadia Assad |
| Supreme Court (Bronx, NY) – Judge Donald Miles | Nasaiah Patterson |
| Superior Court (Monument County, NJ) – Judge Kathleen A. Sheedy | Zdenka Novakova |
| Superior Court (Middlesex County, NJ) – Judge Patrick J. Bradshaw | Philip Pantano |
| **2018** | |
| Superior Court (Bergen County, NJ) – Judge Charles E. Powers, Jr. | Lauren Romer |
| Superior Court (Bergen County, NJ) – Judge John O'Dwyer | Willie Harris |
| Supreme Court (Rockland County, NY) – Judge Paul I. Marx | Sean Diller |
| Supreme Court (New York County, NY) – Judge John Kelley | George Morris |
| Supreme Court (Westchester County, NY) – Judge David Everret | Corey Cooley |
| Superior Court (Union County, NJ) – Judge Camille Kenny | Marisha Tedder |
| Supreme Court (Bronx, NY) – Judge Donna Mills | Charles Foster |
| Federal Court (Brooklyn, NY) – Judge Cheryl L. Pollack | John Kalyna |
| Supreme Court (Queens County, NY) – Judge Cherree Buggs | Joshua Kim |
| **2017** | |
| Superior Court (Camden County, NJ) | Margaret Yatauro |
| Superior Court (Ocean County, NJ) – Judge James Den Uyl | Kathleen Hanford |
| Superior Court (Hudson County, NJ) – Judge Joseph A. Turula | Saydee Figuroa |
| Supreme Court (Bronx, NY) – Judge Joseph E. Capella | Angel Martinez |
| American Arbitration Association (Manhattan, NY) | Bretton Weiss |
| Superior Court (Bergen County, NJ) – Judge Powers | Johnnie Mozingo |
| Supreme Court (Westchester County, NY) – Judge David Everret | Noah Smith |
| Supreme Court (Queens County, NY) – Judge Jackman Brown | Matthew Abreu |
| Federal Court (Central Islip, New York) – Judge Leonard D. Wexler | John Cronin |
| Superior Court (Morris County, NJ) – Judge David H. Ironson | Alice Heimall |
| **2016** | |
| Superior Court (Bergen County, NJ) - Judge Estela De La Cruz | Margaret Cogan |
| Supreme Court (Dutchess County, NY) – Judge Maria Rosa | Robert Johnson |
| Superior Court (Middlesex County, NJ) – Judge Joseph Rea | Kevin Stewart |
| Supreme Court (Nassau County, NY) – Judge George Peck | Robin Miller |
| Supreme Court (Queens County, NY) – Judge Kerrigan | Lidiamarie Frias |
| Supreme Court (Rockland County, NY) – Judge Garvey | Abigail Bergling |
| Superior Court (Bergen County, NJ) - Judge Estela De La Cruz | Santa Mallon |
| Supreme Court (Kings County, NY) – Judge Graham | Guevara |
| Superior Court (Bergen County, NJ) - Judge Estela De La Cruz | Stephen Whittaker |
| U.S. District Court, Eastern District of New York – Judge Ramon E. Reyes | Mohammed Soliman |
| **2015** | |
| Federal Court (Manhattan, NY) – Judge George Daniels | Sokolow |
| Superior Court (Bergen County, NJ)-Judge Lisa Firko | Mueller |
| Arbitration (New Jersey) – Arbitrator Robert Bartkus | Steventon |

| | |
|---|---|
| Supreme Court (Westchester County, NY) – Judge Francesca E. Connolly | Loren |
| Superior Court (Hudson County, NJ) – Judge Joseph Turula | Wagner |
| Supreme Court (Bronx, NY) – Judge Mary Ann Brigantti-Hughes | Guzman |
| Supreme Court (New York County, NY) – Judge Joan Lobis | Torres |
| Superior Court (Passaic County, NJ) – Judge Reddin | Jonon Dadali |
| Supreme Court (Queens, NY) – Judge Livote | Syed Husain |
| Supreme Court (Rockland County, NY) – Judge Walsh | Andrew Patino |
| Supreme Court (Queens, NY) – Judge Livote | Jizelle Correa |
| Supreme Court (Kings County, NY) – Judge Arthur Schack | James Griffin |



**New Jersey**
100 Eagle Rock Avenue
Suite 200
East Hanover, NJ 07936
p 973-929-3532
f 973-929-3533

**New York**
One Liberty Plaza
165 Broadway, 21st Floor
New York, NY 10006
p 212-842-7695
f 212-842-7001

www.ecostat.com
ecostat@friedmanllp.com

**Michael Soudry's Deposition History 2015 - 2019**

**2019**
Donna Gemma v. Bruce Puglisi, et al. (Monmouth County, New Jersey)
Jose Morillo v. University Hospital, et al. (Essex County, New Jersey)
Thomas Woods. v. Warren L. Maresca, et al. (Passaic County, New Jersey)
Brett Lyness v. Chilton Memorial Hospital, et al. (Essex County, New Jersey)
Miriam Gonzalez v. United States of America (United States District Court, Southern District of New York)
Estate of Brian R. Bea v. Princeton Healthcare System, et al. (Middlesex County, New Jersey)
Shaefer v. New York Community Bancorp (United States Department of Labor)
Estate of Pomeo Rivera v. Jersey City Medical Center (Hudson County, New Jersey)
Christine Reiss v. Warren Medical Condo Assoc. (Somerset County, New Jersey)
Noah Ocasio v. St. Barnabas Medical Center (Essex County, New Jersey)
Estate of Marie Horvath v. Regina Alegre-Gomez, et al. (Middlesex County, New Jersey)
Patricia Spencer v. Tamaron Associates, Inc. (Bergen County, New Jersey)
Estate of Richard S. Cohn v. Ashish Patel, MD, et al. (Monmouth County, New Jersey)
Estate of David Maida v. Mark Widmann, MD, et al. (Union County, New Jersey)
Jan H. Brown v. Douglas J. Borkowski, MD, et al. (Bergen County, New Jersey)
Estate of Jose Israel Gonzalez v. Howard Hessler, MD, et al. (Berger County, New Jersey)

**2018**
Corinne Carrino v. LIU (Ocean County, New Jersey)
Nieves-Lalama v. State of New Jersey, et al. (Passaic County, New Jersey)
John Gelmi v. The Hartz Group (Union County, New Jersey)
Bonnie Feikes v. KapStone, Inc. (United States District Court, District of New Jersey)
Edward Maguire v. Consolidated Rail Corporation (Monmouth County, New Jersey)
Richard W. Scott v. Kareemah N. Heard, et al. (Middlesex County, New Jersey)
Gloria Gaddie v. Ilia Segal, MD (Essex County, New Jersey)
Raymond Farrell v. Wilfredo Aviles et al. (Middlesex County, New Jersey)
Rachel Johns v. Mark Kharkover, MD (Union County, New Jersey)
Alan Fernando Reyes v. Paula M. Barcia, MD (Essex County, New Jersey)
Robert L. Francis v. Town Medical Associates (Passaic County, New Jersey)
Jeffrey J. Seo v. NJ Transit Corp (Essex Country, New Jersey)
Philip Pantano v. New York Shipping Association (Middlesex County, New Jersey)
Leo Daiuto v. Evolve Guest Controls, LLC (United States District Court, Eastren District of New York)

**2017**
Peggy Nelson v. Ronald Krug (Monmouth County, New Jersey)
Palardy v. Township of Millburn (United States District Court, District of New Jersey)
Sauberman v. Summit Medical Group (Union County, New Jersey)
Female Port Authority Officer 47708 v. PANYNJ (United States Distict Court Eastern District of New York)
Maryann Hobbie v. Hugh Snyder (Essex County, New Jersey)
Estate of Breiona Love v. Estate of Alice Horton (Essex County, New Jersey)
Jimmy LaBell v. Robert Wood Johnson University Hospital (Middlesex County, New Jersey)
James Schley v. David Isralowitz (Bergen County, New Jersey)
Sonali Gurjar v. Norwood Board of Education (United State District Court for the District of New Jersey)

Joshua Piperato v. Lam, et al. (Hudson County, New Jersey)
Capasso v. Peter Battaglia (Bergen County, New Jersey)
Robert Karp v. Carl Wallach, et al. (Exxex County, New Jersey)
Lucia Kui v. Bergen County Procecutor's Office (Bergen County, New jersey)
Kevin Sullivan v. James K. Chang, et al (Bergen County, New Jersey)

**2016**
Vincent Andreula v. Capital One (Federal Court, New Jersey)
Vincent and Juliana Luciano v. South Jersey Health (Cumberland County, New Jersey)
Pedro Collado (New Jersey)
Robert Andes v. Joseph M. Roth, M.D. (Bergen County, New Jersey)
Sierra v. Iturbides et als. (Mercer County, New Jersey)
John Micillo v. Liddle & Robinson LLP, (United States District Court Southern District of New York)
Kasi Spinelli v. John W. Weimer (Ocean County, New Jersey)
Spincola v. Presinus Medical Care North America (Essex County, New Jersey)
Jimmy Rivera v. JFK Hartwyck (Middlesex County, New Jersey)
Glenn Gold v. ADP (Union County, New Jersey)
Nawel Esawy v. Joseph Kyu Chong, et.al. (Bergen County, New Jersey)
Willie Harris v. Zev Frankel (Bergen County, New Jersey)
Sandra Capek v. Bank of New York Mellon (United States District Court Southern District of New York)
Agustin Arias v. James McCaughan (Ocean County, New Jersey)
Ann Marie DeCadia v. Douglas J. Spiel (Middlesex County, New Jersey)

**2015**
John Wagner v. Hans Schmidt (Hudson County, New Jersey)
Francisco Ramos v. Vindo Kapoor, el al (Hudson County, New Jersey)
Santiago v. Borgata Hotel Casino & Spa (Atlantic County, New Jersey)
Biersack v. Eric G. Lehnes (Ocean County, New Jersey)
Estate of Kelly Mehl v. Josephine Filardo (Ocean County, New Jersey)
Caraballo v. City of Jersey City, et.al. (Hudson County, New Jersey)
Dashkiewicz v. Skalla et al. (Essex County, New Jersey)
Sherri Pang v. Montgomery, et al. (Morris County, New Jesrey)
Pannacciulli v. Michael Beloff, et al. (Bergen County, New Jersey)
Gina A. Carosella v. Morgan Stanley Smith Barney, LLC, et. al. (Bergen County, New Jersey)
Estate of Alice G. Heimall v. Alexander D. Abkin, el al. (Morris County, New Jersey)
Estate of John DaSilva v. DeRenzi, et al. (Somerset County, New Jersey)