

**New Jersey**
100 Eagle Rock Ave., Suite 200
East Hanover, NJ 07936
973-929-3532 Tel
973-929-3533 Fax

Msoudry@friedmanllp.com
www.ecostat.com

**New York**
One Liberty Plaza
165 Broadway, 21st Floor
New York, NY 10006
212.842.7695 Tel
212.842.7001 Fax

# ANALYSIS OF EARNINGS PROJECTION TO

# SHOSHANA BEN-ISHAI

**November 11, 2020**

ECO-STAT LLC

Eco-Stat LLC is an affiliated company of Friedman LLP, Accountants and Advisors

Shoshana Ben-Ishai                                                                                          ECO-STAT

# SUMMARY

In our analysis of this matter, we find the present value of Shoshana Ben-Ishai's expected earnings, had she not died in November 2001, to be ₪ **3,409,885** (New Israel Shekel) or **$1,011,835** (U.S. Dollars), at the exchange rate of $1 USD to ₪3.37 NIS as of the time of this written report. Future earnings are adjusted to present value in 2021 (assumed trial date in year 2021).

In calculating the above-noted expected wages, we assume that, had Shoshana lived, she would have entered the labor force in 2010, and would have earned at the average earnings level of females in Israel with a bachelor's degree.

Any unreimbursed expenses incurred or to be incurred by Shoshana's family, such as for medical treatments, are not included in our economic analysis.

We have not considered recovery of Shoshana's pain and suffering, nor that of her family.

We reserve the right to amend this report, upon request, should we be presented with any new relevant information that would have a material effect on our analysis.

Economic Report                                         2                                         Case # 520328

Shoshana Ben-Ishai                                                                    ECO-STAT

# ECONOMIC REPORT

At the request of Megan Marchick Le, Esq., of The Berkman Law Office, LLC, we have projected Shoshana Ben-Ishai's earnings had she not died in November 2001.

# BACKGROUND

In connection with the above request, we received relevant information by way of conversation with Ms. Marchick Le.

From the above, and by using standard economic and statistical references as well as current data sources, we learned the following information, all of which we assume to be true:

> Shoshana Ben-Ishai was born on July 26, 1985.
>
> Shoshana died in November 2001 during a terrorist attack in Jerusalem, Israel. At that time, she was 16 years old.
>
> At the time of her death Shoshana was a high school student. Her parents are Yitzhak Ben-Ishai, born on May 20, 1956, and Miriam Ben-Ishai, born on August 28, 1958. At the time of their daughter's death, Yitzhak was 45.5 years old, and Miriam was 43.2 years old.
>
> Shoshana's statistical life expectancy at the time of her death was an additional 68.5 years to the year 2070.4, at which time she would have been 84.8 years old [Source: Israel Central Bureau of Statistics, Complete Life Tables of Israel: Total Population – Females 2013-2017].

Shoshana Ben-Ishai                                                                                                          ECO-STAT

# SHOSHANA BEN-ISHAI'S PROJECTED EARNINGS

We assume that, had Shoshana Ben-Ishai lived out her statistical life expectancy and remained residing in Israel, she would have entered the labor forced at age 25 in 2010 after graduating with a bachelor's degree. Based on the information presented to us, and by using standard economic and statistical references as well as current data sources, we analyze and assess the following economic expectancies:

**Earnings.**   At the time of her death, Shoshana Ben-Ishai was a high-school student. We were informed that her father is an engineer and her mother has a bachelor's in nursing. We project Shoshana's earnings, had she lived out her statistical life expectancy, based on the average earnings of females with a bachelor's degree in Israel of ₪10,127 (New Israel Shekel) per month or $3,005[*] in U.S. Dollars [Source: Israel Central Bureau of Statistics, Monthly Gross Income for Employee by Education Level and Sex, in 2017].

**Wage Growth Rate.**   The following table shows the average wage growth rate in Israel from 2011 through 2019.

| Year | Wage Growth Rate |
|------|------------------|
| 2011 | 4.1% |
| 2012 | 2.3% |
| 2013 | 2.5% |
| 2014 | 1.6% |
| 2015 | 2.2% |
| 2016 | 2.2% |
| 2017 | 3.0% |
| 2018 | 3.5% |
| 2019 | 2.9% |

Source: Israel Central Bureau of Statistics, Employee Jobs, Wages and Average Wages Per Employee Job

We apply the above average wage growth rates to project Shoshana's wages from 2010 through 2019. Thereafter, we apply an average wage growth rate of 2.7% per year to Shoshana's earnings

---

[*] Based on the exchange rate of $1 U.S. Dollars to ₪3.37 New Israel Shekel at the time of this written report.

Shoshana Ben-Ishai                                                                                                         ECO-STAT

throughout the relevant time period, based on the average wage growth rate between 2011 through 2019.

**Statistical Unemployment.** We reduce Shoshana's earnings for periods of statistical unemployment at the rate of 5.3% per year, based on the average unemployment rate in the last ten years in Israel [Source: Israel Bureau of Labor Statistics, Unemployed Persons As Percent of Labor Force].

**Taxes.** We reduce Shoshana's earnings by a tax rate of 19.9% per year throughout her worklife for income taxes and payroll taxes [Source: Government of Israel Minister of Finance, Income Tax Brackets, Social Security and Health Insurance, January 2020].

**Present Value (Discounting).** The discount rate recognizes the value of money over time. An average rate of 3.7% is used for discounting Shoshana's expected future earnings to present value. This is a necessary adjustment for the interest-earning capacity of a monetary award [Source: FERD, Long-Term Government Bond Yield: 10-year, Israel, Percent Monthly 2000 through 2020].

**Relevant Time Period.** The table, that follows shows the annual and cumulative present value of Shoshana Ben-Ishai's expected earnings from 2010, the year she would have been expected to enter the labor force had she lived, to her 62nd birthday, the age she would have been eligible for full Israel Social Security retirement benefits [Source: Israel Social Security Administration – Females Retirement Age].

Shoshana Ben-Ishai                                                                                                    ECO-STAT

## THE VALUE OF SHOSHANA BEN-ISHAI'S EARNINGS

| YEAR | | AGE | WAGES | UNEMPLOYMENT EFFECTS | TAXES | ANNUAL INCOME | PRESENT VALUE | CUMULATIVE PV |
|---|---|---|---|---|---|---|---|---|
| **Pre-Trial Income:** | | | | | | | | |
| 2010 | -a | 25 | ₪ 101,799 | ₪ 5,395 | ₪ 19,184 | ₪ 77,219 | ₪ 77,219 | ₪ 77,219 |
| 2011 | | 26 | 106,008 | 5,618 | 19,978 | 80,412 | 80,412 | 157,631 |
| 2012 | | 27 | 108,427 | 5,747 | 20,433 | 82,247 | 82,247 | 239,878 |
| 2013 | | 28 | 111,094 | 5,888 | 20,936 | 84,270 | 84,270 | 324,148 |
| 2014 | | 29 | 112,883 | 5,983 | 21,273 | 85,627 | 85,627 | 409,775 |
| 2015 | | 30 | 115,377 | 6,115 | 21,743 | 87,519 | 87,519 | 497,294 |
| 2016 | | 31 | 117,969 | 6,252 | 22,232 | 89,485 | 89,485 | 586,779 |
| 2017 | | 32 | 121,524 | 6,441 | 22,902 | 92,182 | 92,182 | 678,961 |
| 2018 | | 33 | 125,758 | 6,665 | 23,699 | 95,393 | 95,393 | 774,354 |
| 2019 | | 34 | 129,387 | 6,858 | 24,383 | 98,146 | 98,146 | 872,500 |
| 2020 | | 35 | 132,880 | 7,043 | 25,042 | 100,796 | 100,796 | 973,296 |
| 2021 | -b | 36 | 22,745 | 1,205 | 4,286 | 17,253 | 17,253 | 990,549 |
| **Expected Post-Trial Income:** | | | | | | | | |
| 2021 | -b | 36 | 113,723 | 6,027 | 21,432 | 86,265 | 86,265 | 86,265 |
| 2022 | | 37 | 140,153 | 7,428 | 26,412 | 106,312 | 102,519 | 188,784 |
| 2023 | | 38 | 143,937 | 7,629 | 27,125 | 109,183 | 101,531 | 290,315 |
| 2024 | | 39 | 147,823 | 7,835 | 27,858 | 112,131 | 100,552 | 390,866 |
| 2025 | | 40 | 151,814 | 8,046 | 28,610 | 115,158 | 99,582 | 490,448 |
| 2026 | | 41 | 155,913 | 8,263 | 29,382 | 118,268 | 98,622 | 589,070 |
| 2027 | | 42 | 160,123 | 8,487 | 30,176 | 121,461 | 97,671 | 686,740 |
| 2028 | | 43 | 164,446 | 8,716 | 30,990 | 124,740 | 96,729 | 783,469 |
| 2029 | | 44 | 168,886 | 8,951 | 31,827 | 128,108 | 95,796 | 879,265 |
| 2030 | | 45 | 173,446 | 9,193 | 32,687 | 131,567 | 94,872 | 974,137 |
| 2031 | | 46 | 178,129 | 9,441 | 33,569 | 135,120 | 93,957 | 1,068,095 |
| 2032 | | 47 | 182,939 | 9,696 | 34,475 | 138,768 | 93,051 | 1,161,146 |
| 2033 | | 48 | 187,878 | 9,958 | 35,406 | 142,515 | 92,154 | 1,253,300 |
| 2034 | | 49 | 192,951 | 10,226 | 36,362 | 146,362 | 91,265 | 1,344,565 |
| 2035 | | 50 | 198,161 | 10,503 | 37,344 | 150,314 | 90,385 | 1,434,951 |
| 2036 | | 51 | 203,511 | 10,786 | 38,352 | 154,373 | 89,514 | 1,524,464 |
| 2037 | | 52 | 209,006 | 11,077 | 39,388 | 158,541 | 88,650 | 1,613,115 |
| 2038 | | 53 | 214,649 | 11,376 | 40,451 | 162,821 | 87,796 | 1,700,910 |
| 2039 | | 54 | 220,445 | 11,684 | 41,543 | 167,218 | 86,949 | 1,787,859 |
| 2040 | | 55 | 226,397 | 11,999 | 42,665 | 171,732 | 86,110 | 1,873,970 |
| 2041 | | 56 | 232,509 | 12,323 | 43,817 | 176,369 | 85,280 | 1,959,250 |
| 2042 | | 57 | 238,787 | 12,656 | 45,000 | 181,131 | 84,458 | 2,043,707 |
| 2043 | | 58 | 245,234 | 12,997 | 46,215 | 186,022 | 83,643 | 2,127,351 |
| 2044 | | 59 | 251,856 | 13,348 | 47,463 | 191,044 | 82,837 | 2,210,187 |
| 2045 | | 60 | 258,656 | 13,709 | 48,744 | 196,202 | 82,038 | 2,292,225 |
| 2046 | | 61 | 265,639 | 14,079 | 50,061 | 201,500 | 81,247 | 2,373,472 |
| 2047 | -c | 62 | 155,503 | 8,242 | 29,305 | 117,956 | 45,864 | 2,419,336 |

Shoshana Ben-Ishai                                                                                              ECO-STAT

Pre-trial cumulative earnings of ₪ 990,549 [$293,931 USD], plus post-trial cumulative earnings of ₪ 2,419,336 [$717,904 USD], equal ₪ 3,409,885 [$1,011,835 USD]

**NOTES TO EARNINGS TABLE:**

a- Expected earnings since 2010
b- Based on an assumed trial date of March 1, 2021
c- Expected earnings to Shoshana's retirement age of 62

# CONCLUSION

From our economic analysis of the information presented to us, we project Shoshana Ben-Ishai's earnings had she lived out her statistical life expectancy to be ₪ **3,409,885** (New Israel Shekel), or **$1,011,835** (U.S. Dollars). Future earnings are adjusted to present value in 2021.

*Michael Soudry*

_____

Michael Soudry, M.B.A.
Msoudry@Friedmanllp.com

*CBS, COMPLETE LIFE TABLES OF ISRAEL*  למ"ס, לוחות תמותה שלמים של ישראל

לוח 2.- לוח תמותה שלם של ישראל: כל האוכלוסייה - נקבות
2013-2017

| | תוחלת חיים / Life expectancy | | | | נשארים בחיים בגיל x | הסתברות למות / Probability of death | | | | גיל |
|---|---|---|---|---|---|---|---|---|---|---|
| | רווח סמך / Confidence interval | | סטיית תקן | | Survivors at age x | רווח סמך / Confidence interval | | סטיית תקן | | |
| | גבול עליון / Upper boundary | גבול תחתון / Lower boundary | Standard deviation | $e_x$ | $l_x$ | גבול עליון / Upper boundary | גבול תחתון / Lower boundary | Standard deviation | $q_x$ | Age |
| | 84.2 | 84.1 | 0.03 | 84.2 | 100,000 | 0.00310 | 0.00278 | 0.00008 | 0.00294 | 0 |
| | 83.5 | 83.4 | 0.03 | 83.4 | 99,706 | 0.00032 | 0.00023 | 0.00002 | 0.00028 | 1 |
| | 82.5 | 82.4 | 0.03 | 82.4 | 99,679 | 0.00022 | 0.00014 | 0.00002 | 0.00018 | 2 |
| | 81.5 | 81.4 | 0.03 | 81.5 | 99,661 | 0.00017 | 0.00009 | 0.00002 | 0.00013 | 3 |
| | 80.5 | 80.4 | 0.03 | 80.5 | 99,648 | 0.00013 | 0.00007 | 0.00002 | 0.00010 | 4 |
| | 79.5 | 79.4 | 0.03 | 79.5 | 99,639 | 0.00011 | 0.00006 | 0.00001 | 0.00009 | 5 |
| | 78.5 | 78.4 | 0.03 | 78.5 | 99,630 | 0.00010 | 0.00005 | 0.00001 | 0.00008 | 6 |
| | 77.5 | 77.4 | 0.03 | 77.5 | 99,622 | 0.00010 | 0.00005 | 0.00001 | 0.00007 | 7 |
| | 76.5 | 76.4 | 0.03 | 76.5 | 99,615 | 0.00010 | 0.00005 | 0.00001 | 0.00008 | 8 |
| | 75.6 | 75.4 | 0.03 | 75.5 | 99,607 | 0.00011 | 0.00005 | 0.00001 | 0.00008 | 9 |
| | 74.6 | 74.4 | 0.03 | 74.5 | 99,600 | 0.00011 | 0.00005 | 0.00002 | 0.00008 | 10 |
| | 73.6 | 73.5 | 0.03 | 73.5 | 99,592 | 0.00012 | 0.00005 | 0.00002 | 0.00009 | 11 |
| | 72.6 | 72.5 | 0.03 | 72.5 | 99,583 | 0.00012 | 0.00006 | 0.00002 | 0.00009 | 12 |
| | 71.6 | 71.5 | 0.03 | 71.5 | 99,574 | 0.00013 | 0.00007 | 0.00002 | 0.00010 | 13 |
| | 70.6 | 70.5 | 0.03 | 70.5 | 99,564 | 0.00014 | 0.00007 | 0.00002 | 0.00010 | 14 |
| | 69.6 | 69.5 | 0.03 | 69.5 | 99,554 | 0.00015 | 0.00008 | 0.00002 | 0.00011 | 15 |
| | 68.6 | 68.5 | 0.03 | 68.5 | 99,543 | 0.00016 | 0.00008 | 0.00002 | 0.00012 | 16 |
| | 67.6 | 67.5 | 0.03 | 67.6 | 99,530 | 0.00017 | 0.00009 | 0.00002 | 0.00013 | 17 |
| | 66.6 | 66.5 | 0.03 | 66.6 | 99,517 | 0.00018 | 0.00010 | 0.00002 | 0.00014 | 18 |
| | 65.6 | 65.5 | 0.03 | 65.6 | 99,504 | 0.00020 | 0.00010 | 0.00002 | 0.00015 | 19 |
| | 64.6 | 64.5 | 0.03 | 64.6 | 99,489 | 0.00020 | 0.00012 | 0.00002 | 0.00016 | 20 |
| | 63.6 | 63.5 | 0.03 | 63.6 | 99,473 | 0.00021 | 0.00012 | 0.00002 | 0.00017 | 21 |
| | 62.6 | 62.6 | 0.03 | 62.6 | 99,457 | 0.00022 | 0.00012 | 0.00003 | 0.00017 | 22 |
| | 61.7 | 61.6 | 0.02 | 61.6 | 99,439 | 0.00023 | 0.00014 | 0.00002 | 0.00018 | 23 |
| | 60.7 | 60.6 | 0.02 | 60.6 | 99,421 | 0.00025 | 0.00013 | 0.00003 | 0.00019 | 24 |
| | 59.7 | 59.6 | 0.02 | 59.6 | 99,402 | 0.00025 | 0.00015 | 0.00003 | 0.00020 | 25 |
| | 58.7 | 58.6 | 0.02 | 58.6 | 99,383 | 0.00026 | 0.00015 | 0.00003 | 0.00021 | 26 |
| | 57.7 | 57.6 | 0.02 | 57.7 | 99,362 | 0.00027 | 0.00017 | 0.00003 | 0.00022 | 27 |
| | 56.7 | 56.6 | 0.02 | 56.7 | 99,340 | 0.00028 | 0.00018 | 0.00003 | 0.00023 | 28 |
| | 55.7 | 55.6 | 0.02 | 55.7 | 99,318 | 0.00030 | 0.00018 | 0.00003 | 0.00024 | 29 |
| | 54.7 | 54.7 | 0.02 | 54.7 | 99,294 | 0.00031 | 0.00020 | 0.00003 | 0.00026 | 30 |
| | 53.8 | 53.7 | 0.02 | 53.7 | 99,268 | 0.00034 | 0.00021 | 0.00003 | 0.00027 | 31 |
| | 52.8 | 52.7 | 0.02 | 52.7 | 99,241 | 0.00035 | 0.00024 | 0.00003 | 0.00029 | 32 |
| | 51.8 | 51.7 | 0.02 | 51.7 | 99,212 | 0.00038 | 0.00025 | 0.00004 | 0.00032 | 33 |
| | 50.8 | 50.7 | 0.02 | 50.8 | 99,181 | 0.00041 | 0.00028 | 0.00003 | 0.00034 | 34 |
| | 49.8 | 49.7 | 0.02 | 49.8 | 99,147 | 0.00044 | 0.00030 | 0.00003 | 0.00037 | 35 |
| | 48.8 | 48.7 | 0.02 | 48.8 | 99,110 | 0.00048 | 0.00033 | 0.00004 | 0.00040 | 36 |
| | 47.9 | 47.8 | 0.02 | 47.8 | 99,070 | 0.00052 | 0.00037 | 0.00004 | 0.00044 | 37 |
| | 46.9 | 46.8 | 0.02 | 46.8 | 99,026 | 0.00056 | 0.00041 | 0.00004 | 0.00048 | 38 |
| | 45.9 | 45.8 | 0.02 | 45.9 | 98,978 | 0.00061 | 0.00045 | 0.00004 | 0.00053 | 39 |
| | 44.9 | 44.8 | 0.02 | 44.9 | 98,926 | 0.00069 | 0.00049 | 0.00005 | 0.00059 | 40 |
| | 43.9 | 43.9 | 0.02 | 43.9 | 98,868 | 0.00075 | 0.00055 | 0.00005 | 0.00065 | 41 |
| | 43.0 | 42.9 | 0.02 | 42.9 | 98,803 | 0.00081 | 0.00062 | 0.00005 | 0.00072 | 42 |
| | 42.0 | 41.9 | 0.02 | 42.0 | 98,732 | 0.00090 | 0.00068 | 0.00006 | 0.00079 | 43 |
| | 41.0 | 41.0 | 0.02 | 41.0 | 98,654 | 0.00099 | 0.00076 | 0.00006 | 0.00088 | 44 |
| | 40.1 | 40.0 | 0.02 | 40.0 | 98,567 | 0.00110 | 0.00084 | 0.00007 | 0.00097 | 45 |
| | 39.1 | 39.0 | 0.02 | 39.1 | 98,472 | 0.00121 | 0.00094 | 0.00007 | 0.00108 | 46 |
| | 38.2 | 38.1 | 0.02 | 38.1 | 98,366 | 0.00134 | 0.00104 | 0.00008 | 0.00119 | 47 |
| | 37.2 | 37.1 | 0.02 | 37.2 | 98,248 | 0.00147 | 0.00116 | 0.00008 | 0.00131 | 48 |
| | 36.2 | 36.2 | 0.02 | 36.2 | 98,119 | 0.00161 | 0.00129 | 0.00008 | 0.00145 | 49 |
| | 35.3 | 35.2 | 0.02 | 35.3 | 97,977 | 0.00177 | 0.00142 | 0.00009 | 0.00159 | 50 |
| | 34.3 | 34.3 | 0.02 | 34.3 | 97,821 | 0.00193 | 0.00157 | 0.00009 | 0.00175 | 51 |
| | 33.4 | 33.3 | 0.02 | 33.4 | 97,650 | 0.00210 | 0.00173 | 0.00009 | 0.00192 | 52 |
| | 32.5 | 32.4 | 0.02 | 32.4 | 97,463 | 0.00230 | 0.00189 | 0.00010 | 0.00209 | 53 |
| | 31.5 | 31.5 | 0.02 | 31.5 | 97,259 | 0.00249 | 0.00208 | 0.00010 | 0.00229 | 54 |
| | 30.6 | 30.5 | 0.02 | 30.6 | 97,036 | 0.00271 | 0.00228 | 0.00011 | 0.00250 | 55 |

Revised 10.05.2020.    תוקן: 10.05.2020.

**TABLE 2.- COMPLETE LIFE TABLE OF ISRAEL: TOTAL POPULATION - FEMALES**
**2013-2017**

| | תוחלת חיים<br>Life expectancy | | | נשארים<br>בחיים<br>בגיל x | הסתברות למות<br>Probability of death | | | | גיל |
|---|---|---|---|---|---|---|---|---|---|
| | רווח סמך<br>Confidence interval | | סטיית תקן | | | רווח סמך<br>Confidence interval | | סטיית תקן | | |
| גבול עליון<br>Upper<br>boundary | גבול תחתון<br>Lower<br>boundary | Standard<br>deviation | $e_x$ | Survivors<br>at age x<br>$l_x$ | גבול עליון<br>Upper<br>boundary | גבול תחתון<br>Lower<br>boundary | Standard<br>deviation | $q_x$ | Age |
| 29.7 | 29.6 | 0.02 | **29.6** | 96,794 | 0.00295 | 0.00250 | 0.00012 | **0.00272** | 56 |
| 28.8 | 28.7 | 0.02 | **28.7** | 96,530 | 0.00321 | 0.00273 | 0.00012 | **0.00297** | 57 |
| 27.8 | 27.8 | 0.02 | **27.8** | 96,244 | 0.00348 | 0.00300 | 0.00012 | **0.00324** | 58 |
| 26.9 | 26.9 | 0.02 | **26.9** | 95,932 | 0.00380 | 0.00328 | 0.00013 | **0.00354** | 59 |
| 26.0 | 26.0 | 0.02 | **26.0** | 95,592 | 0.00413 | 0.00361 | 0.00013 | **0.00387** | 60 |
| 25.1 | 25.1 | 0.02 | **25.1** | 95,222 | 0.00452 | 0.00396 | 0.00015 | **0.00424** | 61 |
| 24.2 | 24.2 | 0.02 | **24.2** | 94,818 | 0.00495 | 0.00435 | 0.00015 | **0.00465** | 62 |
| 23.3 | 23.3 | 0.02 | **23.3** | 94,377 | 0.00544 | 0.00480 | 0.00016 | **0.00512** | 63 |
| 22.5 | 22.4 | 0.02 | **22.4** | 93,894 | 0.00598 | 0.00531 | 0.00017 | **0.00565** | 64 |
| 21.6 | 21.5 | 0.02 | **21.6** | 93,363 | 0.00661 | 0.00590 | 0.00018 | **0.00625** | 65 |
| 20.7 | 20.7 | 0.01 | **20.7** | 92,780 | 0.00733 | 0.00657 | 0.00020 | **0.00695** | 66 |
| 19.9 | 19.8 | 0.01 | **19.8** | 92,135 | 0.00816 | 0.00733 | 0.00021 | **0.00775** | 67 |
| 19.0 | 18.9 | 0.01 | **19.0** | 91,421 | 0.00913 | 0.00820 | 0.00024 | **0.00866** | 68 |
| 18.2 | 18.1 | 0.01 | **18.1** | 90,629 | 0.01022 | 0.00921 | 0.00026 | **0.00972** | 69 |
| 17.3 | 17.3 | 0.01 | **17.3** | 89,748 | 0.01150 | 0.01036 | 0.00029 | **0.01093** | 70 |
| 16.5 | 16.5 | 0.01 | **16.5** | 88,768 | 0.01296 | 0.01167 | 0.00033 | **0.01232** | 71 |
| 15.7 | 15.7 | 0.01 | **15.7** | 87,674 | 0.01464 | 0.01318 | 0.00037 | **0.01391** | 72 |
| 14.9 | 14.9 | 0.01 | **14.9** | 86,455 | 0.01652 | 0.01495 | 0.00040 | **0.01574** | 73 |
| 14.2 | 14.1 | 0.01 | **14.1** | 85,094 | 0.01868 | 0.01698 | 0.00043 | **0.01783** | 74 |
| 13.4 | 13.4 | 0.01 | **13.4** | 83,577 | 0.02111 | 0.01935 | 0.00045 | **0.02023** | 75 |
| 12.7 | 12.6 | 0.01 | **12.7** | 81,886 | 0.02392 | 0.02202 | 0.00049 | **0.02297** | 76 |
| 12.0 | 11.9 | 0.01 | **11.9** | 80,005 | 0.02711 | 0.02509 | 0.00052 | **0.02610** | 77 |
| 11.3 | 11.2 | 0.01 | **11.2** | 77,917 | 0.03078 | 0.02855 | 0.00057 | **0.02966** | 78 |
| 10.6 | 10.6 | 0.01 | **10.6** | 75,605 | 0.03494 | 0.03250 | 0.00062 | **0.03372** | 79 |
| 9.9 | 9.9 | 0.01 | **9.9** | 73,056 | 0.03963 | 0.03701 | 0.00067 | **0.03832** | 80 |
| 9.3 | 9.3 | 0.01 | **9.3** | 70,256 | 0.04499 | 0.04207 | 0.00074 | **0.04353** | 81 |
| 8.7 | 8.7 | 0.01 | **8.7** | 67,198 | 0.05101 | 0.04782 | 0.00082 | **0.04941** | 82 |
| 8.2 | 8.1 | 0.01 | **8.1** | 63,877 | 0.05775 | 0.05431 | 0.00088 | **0.05603** | 83 |
| 7.6 | 7.6 | 0.01 | **7.6** | 60,298 | 0.06534 | 0.06157 | 0.00096 | **0.06345** | 84 |
| 7.1 | 7.0 | 0.01 | **7.1** | 56,472 | 0.07382 | 0.06966 | 0.00106 | **0.07174** | 85 |
| 6.6 | 6.5 | 0.01 | **6.6** | 52,421 | 0.08323 | 0.07869 | 0.00116 | **0.08096** | 86 |
| 6.1 | 6.1 | 0.01 | **6.1** | 48,177 | 0.09366 | 0.08868 | 0.00127 | **0.09117** | 87 |
| 5.7 | 5.6 | 0.01 | **5.7** | 43,784 | 0.10520 | 0.09964 | 0.00142 | **0.10242** | 88 |
| 5.3 | 5.2 | 0.01 | **5.3** | 39,300 | 0.11784 | 0.11165 | 0.00158 | **0.11475** | 89 |
| 4.9 | 4.8 | 0.01 | **4.9** | 34,790 | 0.13171 | 0.12463 | 0.00180 | **0.12817** | 90 |
| 4.5 | 4.5 | 0.01 | **4.5** | 30,331 | 0.14668 | 0.13873 | 0.00203 | **0.14271** | 91 |
| 4.2 | 4.2 | 0.01 | **4.2** | 26,003 | 0.16285 | 0.15386 | 0.00229 | **0.15835** | 92 |
| 3.9 | 3.8 | 0.01 | **3.9** | 21,885 | 0.18023 | 0.16999 | 0.00261 | **0.17511** | 93 |
| 3.6 | 3.6 | 0.01 | **3.6** | 18,053 | 0.19885 | 0.18705 | 0.00301 | **0.19295** | 94 |
| 3.4 | 3.3 | 0.02 | **3.3** | 14,569 | 0.21869 | 0.20497 | 0.00350 | **0.21183** | 95 |
| 3.1 | 3.1 | 0.02 | **3.1** | 11,483 | 0.23977 | 0.22360 | 0.00413 | **0.23168** | 96 |
| 2.9 | 2.8 | 0.02 | **2.9** | 8,823 | 0.26209 | 0.24275 | 0.00493 | **0.25242** | 97 |
| 2.7 | 2.6 | 0.02 | **2.7** | 6,596 | 0.28567 | 0.26218 | 0.00599 | **0.27392** | 98 |
| 2.5 | 2.4 | 0.02 | **2.5** | 4,789 | 0.31057 | 0.28152 | 0.00741 | **0.29605** | 99 |
| 2.4 | 2.3 | 0.03 | **2.3** | 3,371 | 0.33696 | 0.30030 | 0.00935 | **0.31863** | 100 |
| 2.2 | 2.1 | 0.03 | **2.2** | 2,297 | 0.36511 | 0.31782 | 0.01206 | **0.34147** | 101 |
| 2.1 | 2.0 | 0.04 | **2.0** | 1,513 | 0.39561 | 0.33309 | 0.01595 | **0.36435** | 102 |
| 2.0 | 1.8 | 0.04 | **1.9** | 962 | 0.42948 | 0.34459 | 0.02166 | **0.38703** | 103 |
| 1.9 | 1.7 | 0.06 | **1.8** | 589 | 0.46859 | 0.34991 | 0.03027 | **0.40925** | 104 |
| 1.8 | 1.6 | 0.07 | **1.7** | 348 | 0.51634 | 0.34510 | 0.04368 | **0.43072** | 105 |
| 1.8 | 1.5 | 0.09 | **1.6** | 198 | 0.57897 | 0.32335 | 0.06521 | **0.45116** | 106 |
| 1.8 | 1.3 | 0.12 | **1.6** | 109 | 0.66816 | 0.27238 | 0.10096 | **0.47027** | 107 |
| 1.8 | 1.2 | 0.16 | **1.5** | 58 | 0.80631 | 0.16920 | 0.16253 | **0.48776** | 108 |
| 1.9 | 1.0 | 0.22 | **1.4** | 30 | 1.00000 | 0.00000 | 0.27268 | **0.50333** | 109 |
| | | | **1.4** | 15 | | | | **1.00000** | 110+ |

Revised 10.05.2020.                                                                                                                        תוקן: 10.05.2020.