UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YITZHAK BEN-YISHAI, *et al.*,

    *Plaintiffs*,

v.

THE SYRIAN ARAB REPUBLIC and
THE ISLAMIC REPUBLIC OF IRAN,

    *Defendants.*

Case No. 1:18-cv-3150-RCL

## ORDER AND JUDGMENT

For the reasons stated in the Court's Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' motion for default judgment be **GRANTED**; and it is further

**ORDERED** that, having never served the Iranian Ministry of Information and Security ("MOIS"), plaintiffs' claims against MOIS are hereby **DISMISSED**; and it is further

**ORDERED** that final judgment is entered in favor of all plaintiffs and against the Islamic Republic of Iran and the Syrian Arab Republic; and it is further

**ORDERED** that plaintiffs are awarded $27,886,835 in compensatory damages and $83,660,505 in punitive damages, for a total award of $111,547,340, to be distributed as follows:

| Plaintiff | Economic | Solatium | Punitive |
|---|---|---|---|
| Estate of Shoshana Ben-Yishai | $1,011,835 | | $3,035,505 |
| Yitzhak Ben-Yishai | | $6,250,000 | $18,750,000 |
| Miriam Ben-Yishai | | $6,250,000 | $18,750,000 |
| Jacob Ben-Yishai | | $3,125,000 | $9,375,000 |
| Israel Ben-Yishai | | $3,125,000 | $9,375,000 |
| Chana Ben-Yishai | | $3,125,000 | $9,375,000 |
| Yael Ben-Yishai | | $2,500,000 | $7,500,000 |
| Aviel Ben-Yishai | | $2,500,000 | $7,500,000 |
| TOTAL | $1,011,835 | $26,875,000 | $83,660,505 |

**ORDERED** that the Islamic Republic of Iran and the Syrian Arab Republic shall be liable for the entire amount; and it is further

**ORDERED** that plaintiffs shall forthwith, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this order and judgment, and the memorandum opinion issued this date, to the Islamic Republic of Iran and the Syrian Arab Republic.

This is a final, appealable order.

**IT IS SO ORDERED.**

SIGNED this 28th day of November, 2022.

                                                Royce C. Lamberth
                                               United States District Judge